FILED
CLERK, U.S. DISTRICT COURT

AUG 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT RUTHERFORD,                    ) No. EDCV 11-24-PA (AGR)
                                      )
              Plaintiff,              )
                                      ) ORDER ACCEPTING FINDINGS AND
    v.                                ) RECOMMENDATIONS OF UNITED
                                      ) STATES MAGISTRATE JUDGE
LOUIS STERLING, et al.,               )
                                      )
              Defendant.              )
                                      )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

file, and the Report and Recommendation of the United States Magistrate Judge.

Further, the Court has engaged in a *de novo* review of those portions of the Report to

which Plaintiff has objected.  The Court accepts the findings and recommendation of

the Magistrate Judge.

        IT IS ORDERED that Judgment be entered dismissing the first amended

complaint with prejudice.

DATED: *August 24, 2012*

_____
              PERCY ANDERSON
              United States District Judge