UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUTHERFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOUIS STERLING, et al.,<br><br>　　　　Defendant. | No. EDCV 11-24-PA (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants motion to dismissed the first amended complaint is granted and this action is dismissed with prejudice.

DATED: August 24, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　United States District Judge